**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 16-1050**

_____

MARCIA C. GETER,

                    Plaintiff – Appellant,

      v.

MAGNOLIA MANOR OF COLUMBIA; FUNDAMENTAL LONG TERM CARE
HOLDINGS LLC,

                    Defendants - Appellees.

_____

Appeal from the United States District Court for the District of
South Carolina, at Columbia. Mary G. Lewis, District Judge.
(3:14-cv-04703-MGL)

_____

Submitted: May 18, 2016            Decided: May 20, 2016

_____

Before SHEDD, DIAZ, and HARRIS, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Marcia C. Geter, Appellant Pro Se. Danny Michael Henthorne,
LITTLER MENDELSON PC, Columbia, South Carolina, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Marcia C. Geter appeals from the district court's order adopting the recommendation of the magistrate judge and granting the Defendants' motion to dismiss or compel arbitration of Geter's employment discrimination action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Geter v. Magnolia Manor</u>, No. 3:14-cv-04703-MGL (D.S.C. Dec. 17, 2015). We deny Geter's motion to amend the complaint. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>